UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DARREN STATON,

                Plaintiff,

  -against-

POLICE COMMISSIONER, DETECTIVE
MARTINY, DETECTIVE CARSON, DETECTIVE
RUTHERFORD, DETECTIVE JOHN DOE,

                Defendants.
----------------------------------------------------------------X

**ORDER**

**13 CV 6236 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Court held a telephone status conference in this matter on November 15, 2023. Shortly before the conference, defendants' counsel learned that plaintiff would not be produced by Sing Sing Correctional Facility because he was transferred to Upstate Correctional Facility.

      The Court shall hold a telephone conference on December 7, 2023 at 9:30 a.m. Defendants' counsel shall arrange for the conference with the facility. The Superintendent of Upstate Correctional Facility shall make plaintiff available for the conference call at that time.[1] Once plaintiff is on the line, defendants' counsel shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221. The discovery deadline remains stayed.

SO ORDERED.

                                                      /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: November 15, 2023
       Brooklyn, New York

---

[1] The Clerk of Court is respectfully directed to amend plaintiff's address on the docket to Upstate Correctional Facility, PO Box 2001, Malone, NY 12953

1