# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

March 8, 2024

**Via ECF**
Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Staton v. Martiny et. al.*, 13-cv-06236-KAM-LB
             So-Ordered Request to Produce Plaintiff for Settlement Conference

Judge Bloom,

I am an associate at Rickner PLLC and write on behalf of Mr. Rickner, who is currently traveling out of state, to respectfully request that the Court so-order the attached Notice to Produce to facilitate Plaintiff's appearance at the settlement conference on March 14, 2024 at 9:30 a.m..

Our office has been in contact with Green Haven Correctional Facility, where Plaintiff is currently housed, and the facility has requested that we provide this court-ordered Notice ahead of the appearance.

We thank the Court for its time and consideration.

Respectfully,

Stephanie Panousieris

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAREN STATON,

                Plaintiff,

-against-

PO MARTINY, et al.

                Defendants.

**NOTICE AND ORDER TO PRODUCE**

1:13-cv-06236-KAM-LB

TO:    Superintendent Mark Miller
         Green Haven Correctional Facility
         94 Rt. 216
         Stormville, NY 12582-0010

**PLEASE TAKE NOTICE** that a settlement conference in the above-captioned matter has been scheduled to take place on March 14, 2024 at 9:30 a.m. in front of the Hon. Lois Bloom, Magistrate Judge of the Federal District Court for the Eastern District of New York.

The Department of Corrections and Community Supervision shall produce Plaintiff Daren Staton, DIN No. 23B1096 for this remote appearance, which will be held over Zoom/WebEx or by phone. The information to connect Mr. Staton to this remote conference will be provided to doccsgreenhavenirc@doccs.ny.gov at least one business day prior to the conference.

**SO ORDERED.**
3/8/24

*Lois Bloom*
Hon. Lois Bloom
United States Magistrate Judge